# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPG INTERNATIONAL LLC,** | : | No. 3:15cv176 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **WILLIAM NICHOLAS GEORGELIS,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 20th day of April 2015, it is hereby **ORDERED** that:

1. Plaintiff CPG International, LLC's (hereinafter "CPG") request for a permanent injunction is **GRANTED** to the extent that, for a period of one year, to run from the date of this order, Defendant William Georgelis (hereinafter "Georgelis") is barred from selling or supervising the selling of any products that compete with products manufactured and sold by CPG as of December 18, 2014,

    A. within the same territory for which Georgelis was responsible while employed by CPG, or

      B.    to any customers located within that same territory or whose accounts Georgelis handled or would have handled for CPG; and

2. The Clerk of Court shall enter judgment in favor of the plaintiff; and

3. The Clerk of Court is directed to close this case.

                                   **BY THE COURT:**

                                     **s/ James M. Munley**
                                     **JUDGE JAMES M. MUNLEY**
                                     **United States District Court**